UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hirving Ayala Jr.
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Defendant Sgt. Walter Butler #379
Defendant P.O. Luis Pagan # 22268
Defendant P.O. Michael Raliegh # 21415
Defendant P.O. Mooyun Kim # 27642
In there individual and official
capacity those being the names of the
officers who were present and committed
wrongful acts and violations of civil rights
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/19/12

Official Amended

COMPLAINT 12 Civ 6534
under the
Civil Rights Act, 42 U.S.C. § 1983    (AJN)
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

PRO SE OFFICE

I.    Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Hirving Ayala Jr.
            ID #   349 12 02707
            Current Institution   GMDC - C-73
            Address   15-15 Hazen Street
                      East Elmhurst, Queens 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Walter Butler Sgt.   Shield # 379
                  Where Currently Employed   23rd Precinct
                  Address   162 East 102nd st.
                            NYC NY 10029

Rev. 05/2010

1

Defendant No. 2   Name **Luis Pagan P.O.**   Shield # **22268**
Where Currently Employed **23rd Precinct**
Address **162 East 102nd St.**
**NYC NY 10029**

Defendant No. 3   Name **Michael Raliegh P.O.**   Shield # **21415**
Where Currently Employed **23rd Precinct**
Address **162 East 102nd St.**
**NYC NY 10029**

Defendant No. 4   Name **Mooyun Kim P.O.**   Shield # **27642**
Where Currently Employed **23rd Precinct**
Address **162 East 102nd St.**
**NYC NY 10029**

Defendant No. 5   Name _____   Shield # _____
Where Currently Employed _____
Address _____

II. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
**At my residence of 324 East 108th Street on or about the 14th floor.**

B. Where in the institution did the events giving rise to your claim(s) occur?
**On or about the 14th flr.**

C. What date and approximate time did the events giving rise to your claim(s) occur?
**On or about Feb 1, 2012 around 12 pm noon time.**

D. Facts:

**What happened to you?**
I was assaulted by four New York Police Officers, at my place of residence on or about the 14th floor. A clear violation of my civil rights, lack of care and custody, above all cruel and unusual punishment.

**Who did what?**
I was put in a choke hold by Sgt. Walter Butler #379, while Officers Luis Pagan #22268 and Officer Michael Raliegh #21415 engaged in kicking & punching me about the face and abdomin area.

**Was anyone else involved?**
Police officer Mooyun Kim #27642 assisted the above three officers by the holding of my legs so that I wouldn't regain my standing up on my feet.

**Who else saw what happened?**
My son's mother observed the Officers promote their misconduct of my civil rights, excessive force, also my roommate observed the Officers misconduct.
Natasha Cabrera 1952 1st Ave #2E NYC 10029
Michael Hernandez 324 E.108th St. #14E NYC 10029

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Hospitalized for four hours; treated for lacerations to my knneck, ice pack for my back, hip, knee's. I was given Ibuproten for my muscle aches also I was given antibiotics because I passed blood in my stool.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
   Yes ___  No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___  No ___  Do Not Know ___  N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims(s)?

Yes ___  No ___  Do Not Know ___  N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___  No ___  N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___  No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? With the NYC Comptrollers Office and CCRB

1. Which claim(s) in this complaint did you grieve? On the excessive force and violations of my civil rights by NYPD

2. What was the result, if any? Was given a response of a Personal Injury claimant number # 2012PI010692 / CCRB# 201210625

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I filed claims of punitive damages, compensatory damages and consequential damages both in civilian complaint review board and New York City Comptroller's Office

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

I want the Court Judge to order psycho therapy evaluations and anger management skills to Officers Sgt Walter Butler #379, P.O. Luis Pagan #22268, P.O. Michael Raliegh #21415, P.O. Mooyun Kim # 27642, also to pay for punitive compensatory and consequential damages. I'm asking for a monetary compensation in the amount of $3.5 million dollars U.S. currency. I would also ask for the defendants to pay out of pocket towards my court fees.

VI.  Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) N/A
   3. Docket or Index number _____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes ___ No ___
      If NO, give the approximate date of disposition _____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ___ No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) N/A
   3. Docket or Index number _____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes ___ No ___
      If NO, give the approximate date of disposition _____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of October, 2012

Signature of Plaintiff: H. Ayala Jr.
Inmate Number: 349 12 02707
Institution Address: 15-15 Hazen Street
George Motchan Detention Center
East Elmhurst, Queens 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of October, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: H. Ayala Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Hirving Ayala Jr._____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

12 Civ. 6534 (AJN) ( )

-against-

REQUEST TO PROCEED
IN FORMA PAUPERIS

__Sgt. Walter Butler #379_____
__P.O. Luis Pagan #22268_____
__P.O. Michael Raliegh #21415_____
__P.O. Mooyun Kim #27042_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   __not employed_____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   __3/14/08 to 6/13/08  $800 per month__

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.    But since my incarceration
   __Public Assistance $200.00 per month  2/11/12 til present__

   a) Are you receiving any public benefits?   ☑ No.   ☐ Yes. $_____
   b) Do you receive any income from any other source?   ☑ No.   ☐ Yes. $_____

Rev. 05/2010

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.      ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.      ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.      ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   Noel Logan Ayala - my son
   I paid my son's mother up to $150.00 dollars per wk for support

8. State any special financial circumstances which the Court should consider.

   The fact that when released from incarceration I will be homeless jobless and without my family. I'm going to need money to re establish myself.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __24__ day of __October__, __'12__.
             date              month           year

_____
H. Ayala Jr.
Signature

Rev. 05/2010                                    2



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# PRISONER AUTHORIZATION

Case Name: __Hirving Ayala Jr.__ v. __Sgt Walter Butler #579; P.O. Michael Raliegi #21415, P.O. Luis Pagan #22268, PO Mooyun Kim #27642__
(Enter the full name of the plaintiff(s))    (Enter the full name of the defendant(s))

Docket No: No. __12__ Civ. __6534__ (AJN)
(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, __Hirving Ayala Jr.__ (print or type your name), request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT **EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.**

__10/24__, 20__12__    __H. Ayala Jr.__
Date signed                Signature of Plaintiff

                           __349 12 02707__
                           Prisoner I.D. Number

                           __George Motchan Detention Center__
                           Name of current facility

rev. 01/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hirving Ayala Jr.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

12 Civ. 6534 (AJN) ( )

- against -

Defendant Sgt. Walter Butler #379
Defendant P.O. Luis Pagan # 22268
Defendant P.O. Michael Raliegh # 21415
Defendant P.O. Moojun Kim # 27642

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Hirving Ayala *(name)*, declare under penalty of perjury that I have served a copy of the attached 4 Summons & Complaints; 6 Amended Complaints; 4 Notice of Assignment; 4 Order of Service; 4 Order Granting IFP *(document you are serving)* upon Pro Se Office *(name of person served)* whose address is 500 Pearl Street Rm 230 NYC, NY 10007 *(where you served document)* by Certified Mail by mail room at GMDC Facility *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: E. Elmhurst *(town/city)*, NYC NY *(state)*
October *(month)* 25 *(day)*, 2012 *(year)*

Signature: H. Ayala Jr.
Address: 15-15 Hazen Street
City, State: E. Elmhurst NY
Zip Code: 11370
Telephone Number:

Rev 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

AYALA

           -against-

BUTLER
-------------------------------------------------------

Docket Number: 12 CV 6534 (AJN)

NOTICE OF ASSIGNMENT
(PRO-SE)

The above-entitled action is:

[ ] Declined by Hon.
      As [ ] Related/ [ ] Similar to case #:

[ X ] Assigned to the Hon. ALISON J. NATHAN (AJN)
    [ X ] Designated / [ ] Redesignated Hon. JAMES L. COTT (JLC),
Magistrate Judge

[ ] Accepted by Hon.       as [ ] Related/ [ ] Similar to case #:
    [ ] Designated [ ] Redesignated Hon.     ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                           Ruby J. Krajick
                                                          Clerk of Court

Dated: 10/01/2012                                     By:    PHYLLIS ADAMIK
                                                                         Deputy Clerk

Case 1:12-cv-06534-AJN   Document 6   Filed 10/03/12   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 03 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HIRVING AYALA,

        Plaintiff,

  -against-

SGT. WALTER BUTLER, Shield #379;
P.O. LUIS PAGAN, Shield # 22268;
P.O. MICHAEL RALIEGH, Shield # 21415;
P.O. MOOYUN KIM, Shield #27642,

        Defendants.

------------------------------------------------------------X

ORDER OF SERVICE

12 Civ. 6534 (AJN)

ALISON J. NATHAN, United States District Judge:

The Clerk of Court is directed to issue a Summons in this action, and the Plaintiff is directed to serve the Summons and Complaint upon Defendants within 120 days of the issuance of the Summons. If service has not been made within those 120 days, and Plaintiff has not requested an extension of time to serve within those 120 days, the Complaint may be dismissed for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

SO ORDERED:

_____
ALISON J. NATHAN
United States District Judge

Dated: October 3, 2012
      New York, New York

COPIES MAILED
TO ~~COUNSEL~~ OF RECORD ON OCT 03 2012
Pro Se Party

Case 1:12-cv-06534-AJN   Document 3   Filed 10/01/12   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Hirving Ayala,

        Plaintiff/Petitioner(s),

  -against-

Sgt. Butler #379, et al.,

        Defendant/Respondent(s).
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct. 1, 2012
```

ORDER GRANTING IFP APPLICATION

 12  Civ.  6534   (UA)

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

                                _____
                                LORETTA A. PRESKA
                              Chief United States District Judge

Dated: October 1, 2012
         New York, New York



SCANNED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
Pro Se Office

**To:** The Honorable Judge Alison J. Nathan

**From:** S. Coretto, Pro Se Intake Clerk, Docket Services, Ext. 1177

**Date:** 11/21/12

**Re:** Ayala v. Butler et al, 1:12-cv-06534-AJN

The attached document, which was received by this Office on 11/19/12, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of docketing the document for public access, it has been docketed as a court-view only docket entry. I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4).

( )  No original signature.

( )  No Affirmation of Service/ Proof of Service.

( X )  **Other:** Plaintiff seeks to file an Amended Complaint.

If you memo-endorse the filing, you do not need to return this memorandum to the Pro Se Office. Once your memo-endorsement is docketed and filed, all ECF users on the case will be notified.

In the alternative, please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

(✓) **ACCEPT FOR FILING**   ( ) **RETURN TO *PRO SE* LITIGANT**

_____
United States District Judge
Dated: 11/28/12

Comments:
_____
_____
_____
_____

_____
United States Magistrate Judge
Dated:

NOV 19 2012
PRO SE OFFICE



Pro Se Office
500 Pearl St. Rm 230
NYC, NY 10007

RECEIVED
NOV 19 2012
PRO SE OFFICE

Hirving Ayala Jr
349 12 02707
15-15 Hazen St.
E. Elmhurst, NY 11370

